NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG,**
*Plaintiffs-Appellants*

**v.**

**WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, WARNER CHILCOTT PLC,**
*Defendants-Appellees*

---

2015-1716

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01032-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

MATTHEW R. FORD, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for plaintiffs-appellants. Also represented by SHARON DESH.

CHRISTOPHER NEIL SIPES, Covington & Burling LLP, Washington, DC, argued for defendants-appellees. Also represented by ERIC RITLAND SONNENSCHEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 12, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |